UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GULNAZ COWDER, individually and on behalf              JUDGMENT
Of MEDINA COWDER, infant                                09-CV- 0628 (RJD)

                           Plaintiffs,

       -against-

STEVE DALE, individually,

                           Defendant.
-------------------------------------------------------------------X

      A Memorandum and Order of Honorable Raymond J. Dearie, United States

District Judge, having been filed on May 11, 2012, granting Defendant's motion to dismiss under

Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction; it is

      ORDERED, ADJUDGED AND DECREED that Defendant's motion to dismiss

is granted under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.


Dated: Brooklyn, New York                       Douglas C. Palmer
      May 11, 2012                           Clerk of Court
                                   s/ MG

               by.

                               Michele Gapinski
                               Chief Deputy for
                               Court Operations